UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| TAELOR DORSEY,<br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC;<br>        Defendants. | CASE NO. 1:24-cv-960<br><br>Judge |

### TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, ("Defendant"), by counsel hereby remove the subject action from the Circuit Court of Cook County, State of Illinois, to the United States District Court for the Northern District of Illinois (Chicago), on the following grounds:

1. Plaintiff Taelor Dorsey served Defendants on or about January 5, 2024, with a Summons and Complaint filed in the Circuit Court of Cook County, State of Illinois. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B** respectively. No other process, pleadings or orders have been served on Defendants.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See generally Complaint.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois (Chicago).

5. Counsel for Trans Union has confirmed with the Circuit Court, Municipal Department, First District online that they have no document or file suggesting any other Defendant has been served.  To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice of Removal. Counsel for Trans Union has conferred with counsels for Co-Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC, and they have consented to this removal as evidenced by the consents attached hereto as **Exhibit C**, and **Exhibit D**.

6. Notice of this removal will promptly be filed with the Circuit Court of Cook County, Illinois and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, by counsel, removes the subject action from the Circuit Court of Cook County, Illinois to this United States District Court, Northern District of Illinois (Chicago).

Respectfully submitted,

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (IL# 2452849)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 601
Fax:  (214) 871-2111
E-Mail: cnicodemus@qslwm.com

*Lead Counsel for Defendant Trans Union, LLC*

        Laura K. Rang, Esq. (IL #2623849)
        TransUnion, LLC
        555 West Adams Street
        Chicago, IL  60661
        Phone:  (312) 213-9858
        Fax:  (312) 466-7986
        E-Mail:  laura.rang@transunion.com

*Local Counsel for Defendant Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **2nd day of February, 2024**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Michael Wood, Esq.  mwood@communitlawyersgroup.com | Celetha Chatman, Esq.  cchatman@communitylawyersgroup.com |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of February, 2024** properly addressed as follows:

| None. | |
|---|---|

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (IL# 2452849)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 601
Fax: (214) 871-2111
E-Mail: cnicodemus@qslwm.com

*Lead Counsel for Defendant Trans Union, LLC*