# EXHIBIT B
# COMPLAINT

System Generated Hearing Date: 2/15/2024 9:30 AM   **12-Person Jury**
Location: Court Room 1501
Judge: Allegretti, John Michael

**Firm No. 60070**

FILED DATE: 12/26/2023 11:09 PM   20231128331

## IN THE CIRCUIT COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | | |
|---|---|---|
| TAELOR DORSEY | ) | 20231128331 |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | AD Damnum: $10,001.01 |
| EXPERIAN INFORMATION | ) | Plus Attorney Fees and Costs |
| SOLUTIONS, INC.; EQUIFAX | ) | |
| INFORMATION SERVICES, LLC; | ) | |
| and TRANSUNION, LLC. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

FILED
12/26/2023 11:09 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20231128331
Courtroom, 1501
25732676

### COMPLAINT

Plaintiff, Taelor Dorsey, brings this action under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA"), for a finding that Defendants' actions violated the FCRA and to recover damages for Defendants violations of the FCRA, and alleges:

### NATURE OF THE CASE

1.    The Fair Credit Reporting Act ("FCRA") was enacted to promote accuracy, fairness, and the privacy of personal information assembled by credit reporting agencies.

2.    In enacting the FCRA, Congress found that: "[t]he banking system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system, and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system." 15 U.S.C. § 1681(a)(1).

3.    Moreover, Congress has explicitly stated that the purpose of the FCRA is "...to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of

FILED DATE: 12/26/2023 11:09 PM    2023L128331

commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, **accuracy**, relevancy, and proper utilization of such information in accordance with the requirements of this subchapter." 15 U.S.C. § 1681(b) (emphasis added).

4.    To this end, consumer protection statutes such as the FCRA encourage consumers to act as "private attorneys general" to enforce the public policies and protect the civil rights expressed therein. *Crabill v. Trans Union, LLC,* 259 F.3d 662, 666 (7th Cir. 2001).

5.    Plaintiff seeks to enforce those policies and civil rights which are expressed through the FCRA, 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

6.    "An action to enforce any liability created by [the FCRA] may be brought in any appropriate United States district court without regard to the amount in controversy, or **in any other court of competent jurisdiction**, within two years from the date on which the violation was discovered." 15 U.S.C. § 1681(p) (emphasis added).

7.    Jurisdiction over Defendants is proper under 735 ILCS 5/2-209(a)(1) (transaction of any business within this State), section 2-209(b)(4) (corporation doing business within this State), and section 2-209(c) (any other basis now or hereafter permitted by the Illinois Constitution and the Constitution of the United States).

8.    Defendants maintain consumer reports on consumers in Illinois.

9.    Venue is proper in Cook County pursuant to 735 ILCS 5/2-101, because that is the county in which the transactions and occurrences at issue, or some part thereof, occurred. In addition, Defendants regularly do business in this County.

2

FILED DATE: 12/26/2023 11:09 PM   2023L128331

## PARTIES

10.     Plaintiff, Taelor Dorsey ("Plaintiff"), is a resident of the State of Illinois, and a "consumer" as that term is defined at 15 U.S.C. § 1681a(c) of the FCRA.

11.     Defendant, Experian Information Solutions, Inc. ("Experian"), is a corporation formed under the laws of the State of Ohio that regularly conducts business throughout every state and county in the United States and is registered to do business in Illinois. Experian's registered agent is C T Corporation System, located at 208 LaSalle Street, Suite 814, Chicago IL 60604.

12.     Furthermore, at all relevant times, Experian was a "consumer reporting agency" as that term is defined at 15 U.S.C. § 1681a(f).

13.     Defendant, Equifax Information Services, LLC ("Equifax"), is a Georgia limited liability company that regularly conducts business throughout every state and county in the United States, including the State of Illinois. Its registered agent in Illinois is Illinois Corporation Service Co., located at 801 Adlai Stevenson Drive, Springfield, Illinois 62703.

14.     Furthermore, at all relevant times, Equifax was a "consumer reporting agency" as that term is defined at 15 U.S.C. § 1681a(f).

15.     Defendant, TransUnion LLC., ("TransUnion"), is a Delaware limited liability company that regularly conducts business throughout every state and county in the United States. It does business in Illinois and its registered agent is Illinois Corporation Service Co., located at 801 Adlai Stevenson Drive, Springfield, Illinois 62703.

16.     Furthermore, at all relevant times, TransUnion was a "consumer reporting agency" as that term is defined at 15 U.S.C. § 1681a(f).

## FACTUAL ALLEGATIONS

17.     Plaintiff incurred a debt for goods and services originally for a The Bank of Missouri/Milestone consumer credit account ("Account").

18.     Ultimately the debt was purportedly obtained by a furnisher called Midland Credit Management, Inc. ("MCM").

19.     MCM began reporting the debt.

20.     In reviewing their credit report, Plaintiff noticed inaccuracies reported in the tradeline for the Account.

21.     On November 5, 2023, Plaintiff through counsel, sent letters to Experian, Equifax, and TransUnion, stating that inaccurate information is being reported on the credit report regarding the Account.

22.     Namely, Plaintiff disputed the date of first delinquency, the highest balance, the last payment date and last payment amount, the status updated date, the terms of the account, the un-utilized Purchased From/Sold To field, the original creditor, the open date, and the account number.

23.     Plaintiff asked that the tradeline be investigated.

24.     Experian, Equifax, and TransUnion did not respond to the disputes.

25.     Experian, Equifax, and TransUnion blindly relied on information provided by a furnisher it knew or should have known to be violating federal law with respect to its credit reporting policies and failed to conduct its own reinvestigation.

26.     The information being reported by Experian, Equifax, and TransUnion is not accurate.

## COUNT I—UNREASONABLE REINVESTIGATION—

FILED DATE: 12/26/2023 11:09 PM    20231128331

27. Plaintiff re-alleges and incorporates by reference each of the preceding paragraphs in this complaint as though fully set forth herein.

28. On November 5, 2023, Plaintiff, through counsel, sent a letter to Experian, stating that inaccurate information is being reported on their credit report, and asking that the Account be removed. (Exhibit A, Experian Dispute Letter).

29. On November 5, 2023, Plaintiff, through counsel, sent a letter to Equifax, stating that inaccurate information is being reported on their credit report, and asking that the Account be removed. (Exhibit B, Equifax Dispute Letter).

30. On November 5, 2023 Plaintiff, through counsel, sent a letter to TransUnion, stating that inaccurate information is being reported on their credit report, and asking that the Account be removed. (Exhibit C, TransUnion Dispute Letter).

31. Equifax received Plaintiff's dispute and supporting documentation on November 10, 2023.

32. Experian received Plaintiff's dispute and supporting documentation on November 13, 2023.

33. TransUnion received Plaintiff's dispute and supporting documentation on November 14, 2023.

34. To date, Defendants continue to report inaccurate information on the tradeline for the Account.

35. Plaintiff disputed the inaccurate information with Defendants via regular U.S. mail and certified mail.

5

FILED DATE: 12/26/2023 11:09 PM   20231128331

36.     Upon information and belief, within five days of Plaintiff disputing the inaccurate information with Defendants, Defendants notified the furnisher of Plaintiff's dispute and the nature of the dispute.

37.     Upon information and belief, within five days of Plaintiff disputing the inaccurate information with Defendants, the furnisher received notification from Defendants of Plaintiff's dispute and the nature of the dispute.

38.     Specifically, on information and belief, Defendants relied only upon the ACDV provided by the furnisher.

39.     Despite Plaintiff's efforts to date, Defendants have nonetheless deliberately, willfully, intentionally, recklessly, and negligently failed to perform reasonable reinvestigations of the above disputes as required by the FCRA and has failed to remove the inaccurate information.

40.     Defendants' inaccurate reporting and failure to correct the inaccurate reporting impaired Plaintiff's ability to improve their financial situation by obtaining new or more favorable credit terms.

41.     As a result of Defendant's actions and omissions, Plaintiff was discouraged from applying for new credit.

42.     Plaintiff was afraid that they would be denied credit, and that if they applied and was denied, it would further harm their credit score.

43.     Plaintiff was frustrated by Defendants' persistent inaccuracies on their credit report, and was afraid that the inaccuracies would be communicated to Plaintiff's potential creditors.

44. Due to Defendant's refusal to correct its inaccurate credit reporting, Plaintiff withdrew from the credit market.

45. Plaintiff moreover demands that Defendants recognize that they have violated Plaintiff's rights, and they additionally seek nominal damages.

46. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of Plaintiff herein.

47. 15 U.S.C. § 1681i(a) of the FCRA provides as follows:

**Reinvestigation required**

**…if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable investigation to determine whether the disputed information is inaccurate…**

48. Defendants willfully or negligently failed to conduct a proper and reasonable reinvestigation concerning the inaccurate information in Plaintiff's credit report after receiving notice of the dispute from Plaintiff, in violation of 15 U.S.C. § 1681i(a)(1).

49. 15 U.S.C. § 1681i(a) of the FCRA provides as follows:

**Prompt notice of dispute to furnisher of information**

**…Before the expiration of the 5-business-day period beginning on the date on which a consumer reporting agency receives notice of a dispute from any consumer or a reseller in accordance with paragraph (1), the agency shall provide notification of the dispute to any person who provided any item of information in dispute, at the address and in the manner established with the person…**

50. Defendants willfully or negligently failed to provide all relevant information provided by Plaintiff regarding the dispute of the inaccurate information to the furnishing agency, in violation of 15 U.S.C. § 1681i(a)(2).

FILED DATE: 12/26/2023 11:09 PM    2023L128331

7

51. 15 U.S.C. § 1681i(a) of the FCRA provides as follows:

**Consideration of consumer information**

**In conducting any reinvestigation under paragraph (1) with respect to disputed information in the file of any consumer, the consumer reporting agency shall review and consider all relevant information submitted by the consumer in the period described in paragraph (1)(A) with respect to such disputed information.**

52. Defendants willfully or negligently failed to consider all relevant information submitted by Plaintiff concerning the dispute of the inaccurate information, in violation of 15 U.S.C. § 1681i(a)(4).

53. 15 U.S.C. § 1681i(a) of the FCRA provides as follows:

**Treatment of inaccurate or unverifiable information**

**...If, after any reinvestigation under paragraph (1) of any information disputed by a consumer, an item of the information is found to be inaccurate or incomplete or cannot be verified, the consumer reporting agency shall –**

**(i) promptly delete that item of information from the file of the consumer, or modify that item of information, as appropriate, based on the results of the reinvestigation; and...**

54. Defendants willfully or negligently failed to delete the inaccurate information from Plaintiff's credit file after reinvestigation, in violation of 15 U.S.C. § 1681i(a)(5).

55. 15 U.S.C. § 1681e(b) of the FCRA provides as follows:

**Accuracy of report**

**Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates.**

56. Defendants willfully or negligently failed to employ and follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, information and file, in violation of 15 U.S.C. § 1681e(b).

8

57.     Defendants are liable to Plaintiff for the full amount of statutory and/or actual damages, punitive damages, along with attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgement in Plaintiff's favor and against Defendant as follows:

A.      Actual damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

B.      Nominal damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

C.      Statutory damages pursuant to 15 U.S.C. § 1681n;

D.      Punitive damages pursuant to 15 U.S.C. § 1681n;

D.      Costs and attorneys' fees pursuant to 15 U.S.C. § 1681n and §1681o;

E.      Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

By: /s/ *Celetha Chatman*
One of Plaintiff's Attorneys

Michael Wood
Celetha Chatman
**Community Lawyers LLC**
980 N. Michigan Ave, Suite 1400
Chicago, IL 60611
Ph: (312) 757-1880
Fx: (312) 265-3227
cchatman@communitylawyersgroup.com

9

FILED DATE: 12/26/2023 11:09 PM   20231128331

# EXHIBIT A

980 N. Michigan Ave., Suite 1400
Chicago, IL 60611



USPS CERTIFIED MAIL

9214 8901 4298 0480 7588 33

November 5, 2023

Experian
PO Box 4500
Allen, TX 75013



RE:     TAELOR DORSEY
        ▇▇▇▇▇▇▇▇▇

        ACCOUNT: ▇▇▇▇ (MIDLAND CREDIT MANAGEMEN)
        CURRENT AMOUNT OF DEBT: $860.00
        DOB: ▇▇▇▇▇
        SOCIAL SEC: ▇▇▇▇▇▇

To Whom It May Concern:

This is a formal notice that you are reporting inaccurate information regarding my client. Please reinvestigate the above referenced tradeline and correct it.

The correct balance is $763.02. The account went delinquent on June 24, 2021 when my client missed her June payment. She made a number of partial payments but the account subsequently went 180 days delinquent on July 24, 2022. The card issuer was required to charged off the account in that month but the account was left open for an additional month resulting in $56.67 in fees and interest. Moreover, my client was charged $40.80 for a Credit Protection service that she never signed up for. The card issuer is aware of the issue.

The furnisher has re-aged this account by several months. The correct Date of First Delinquency is June 24, 2021, when my client missed her June payment. See attached statements for confirmation. She made a number of partial payments but never got the account current.

The Highest Balance is $763.02, not zero.

The Last Payment Date is April 28, 2022 and the Last Payment Amount is $115.00. This information is missing from the tradeline, please investigate using the attached documentation. It is important to accurately report last payment information as it will be used to determine. the statute of limitations on the debt.

The Status Updated date is incorrect. The account is (correctly) listed as a Collection Account status, but the date of that status should be June 2021. Instead the furnisher has forward dated the

Status Date by more than a year to October 2022. This makes it appear my client had an account go to a Collection Account status more recently than she did.

The terms are not 1 month (or "0"), this field should be blank as this is a purchased account and there are no regular terms. The account is accelerated and due in full. The way the account is listed now is misleading and would cause a potential creditor, especially a mortgage broker, to include the amount due as part of my client's existing monthly payment obligations.

The furnisher fails to use the Purchased From/Sold To field at all despite having purchased this account from the card issuer. As a result the wrong Original Creditor is reported, the wrong Open Date, the wrong account number and the wrong Status Date as explained above. The correct Original Creditor is The Bank of Missouri/Milestone.

While the furnisher has a right to change the account number (which it has), by failing to use the Purchased From/Sold To fields, no credit scoring model or potential creditor will know that the listed account is the same account as the Milestone account. Instead it appears my client has two accounts arising from the same debt.

Once your investigation is complete, please respond directly to my client by sending an updated consumer disclosure showing correction of this item to their address listed above. You are specifically requested to provide a copy of this letter and enclosures to anyone asked to investigate this matter.

Sincerely,

By: _____

Illinois ARDC #6315845

FILED DATE: 12/26/2023 11:09 PM   20231128331

**ILLINOIS**

Jesse White · Secretary of State
USA

**DRIVER'S LICENSE**

EXP. 12/20/2025      ISS. 06/13/2021

DORSEY
TAEBORSON

NONE

5'-07'     BRN     TYPE ORG

FILED DATE: 12/28/2023 11:09 PM   20231128331

**12-Person Jury**

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 1108
System Generated Hearing Date: 6/9/2023 9:30 AM
Location: Court Room 1108
Judge: Walsh, Elizabeth A.

FILED
5/26/2023 8:01 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20221103044
Courtroom, 1108
22894411

Appearance and Jury Demand *

(09/01/21) CCG 0009

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MUNICIPAL _____ DEPARTMENT/ 1st DISTRICT

| | |
|---|---|
| LVNV FUNDING, LLC | |
| Plaintiff | Case No. 2022-M1-103044 |
| | Claimed $: 1,053.22 |
| v. | Return Date: _____ Time: _____ |
| TAELOR DORSEY | Court Date: _____ Room No.: _____ |
| Defendant | |

Address of Court District for Filing _____

### APPEARANCE AND JURY DEMAND *

☑ General Appearance

☑ Jury Demand *

☑ 0900 - Fee Paid
☐ 0908 - Trial Lawyers Appearance - No Fee
☑ 1900 - Appearance and Jury Demand/Fee Paid
☐ 1904 - Appearance and Jury Demand/No Fee Paid

☐ 0904 - Fee Waived
☑ Twelve-person Jury
☐ Six-person Jury

The undersigned enters the appearance of: ○ Plaintiff ● Defendant

Litigant's Name: TAELOR DORSEY

Signature: /s/ Michael J. Wood

☑ Initial Counsel of Record ☐ 2810 Rule 707 Out-of-State Counsel
(pro hac vice)

☐ Additional Appearance ☐ Substitute Appearance

● Atty. No.: 60070

Name: Community Lawyers LLC

Atty. for (if applicable):
Defendant

Address: 980 N. Michigan Avenue, Suite #1400

City: Chicago

State: IL Zip: 60611 Phone: (312) 757-1880

Primary Email: legaladmin@communitylawyersgroup.com

**IMPORTANT**
*Once this Appearance form is filed, photocopies of this form must be sent to all other parties named in this case (or to their attorneys) using either regular mail, fax, email or personal delivery. (See Illinois Supreme Court Rules 11 and 13 for more information.)*

* Strike demand for trial by jury if not applicable.
I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/ Michael J. Wood
Attorney for ○ Plaintiff ● Defendant

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

cookcountyclerkofcourt.org
Page 1 of 1

FILED DATE: 12/26/2023 11:39 PM  20231128331
FILED DATE: 5/26/2023 8:01 AM  20221103044

FILED DATE: 12/26/2023 11:09 PM  2023112833 1

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

Make check/money
order payable to

| | |
|---|---|
| Account Number | |
| New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | 09/23/21 |
| AMOUNT ENCLOSED | $ |

TAELOR J DORSEY          **0000000

Please write your account number on your check/money order
and do not send cash.

Address/Phone Number Change

☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

Make your payment online at www.mymilestonecard.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

# MILESTONE

**MASTERCARD ACCOUNT STATEMENT**
July 27, 2021 - August 24, 2021



## Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $41.10 |
| Statement Closing Date | August 24, 2021 |
| # of Days in Billing Cycle | 29 |

## Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $370.63 |
| Payments | $80.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.33 |
| Interest Charged | $6.14 |
| New Purchase/Cash Advance Balance | $341.10 |

## Payment Information

| | |
|---|---|
| Total New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | September 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 month(s) | $371 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

**YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.**

## Transactions

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 20729210104000087428362 | 07/29 | 07/29 | PAYMENT RECEIVED - THANK YOU | $80.00 PY |

## Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | 08/24 | CREDIT PROTECTION FEES | $4.33 |
| | 08/24 | 08/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.33 |

## Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | 08/24 | INTEREST CHARGE PURCHASE | $6.14 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.14 |

## 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $201.39 |
| Total interest charged in 2021 | $18.57 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Page 1 of 3

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

| Account Number | |
| --- | --- |
| New Balance | $280.26 |
| Minimum Payment Due | $40.00 |
| Payment Due Date | 06/23/21 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES   ◄ Make check/money
P.O. BOX 84059                       order payable to
COLUMBUS, GA 31908-4059

Please write your account number on your check/money order
and do not send cash.

TAELOR J DORSEY        **0000000

☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

Address/Phone Number Change

**Make your payment online at www.mymilestonecard.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

**MASTERCARD ACCOUNT STATEMENT**
April 25, 2021 - May 24, 2021


mastercard.

### Account Summary

| Credit Line | $500.00 |
| --- | --- |
| Available Credit | $19.74 |
| Past Due Amount | $0.00 |
| Overlimit Amount | $0.00 |
| Statement Closing Date | May 24, 2021 |
| # of Days in Billing Cycle | 30 |

### Purchase/Cash Advance Balance Summary

| Previous Balance | $0.00 |
| --- | --- |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $201.15 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $79.11 |
| Interest Charged | $0.00 |
| New Purchase/Cash Advance Balance | $280.26 |

### Payment Information

| Total New Balance | $280.26 |
| --- | --- |
| Minimum Payment Due | $40.00 |
| Payment Due Date | June 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 8 month(s) | $305 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

### Transactions

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| 55432861138200925190876 | 05/18 | 05/18 | SIMPLEMOBILE*AIRTIME 877-878-7908 FL | $20.00 |
| 55429591133064437538969 | 05/18 | 05/19 | FALCON INSURANCE 8005283252 IL | $139.53 |
| 55308761139547793004734 | 05/18 | 05/20 | SHELL OIL 57444887804 PALOS PARK IL | $41.62 |

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| 35481127162400000000000 | 05/07 | 05/07 | ANNUAL FEE | $75.00 |
| | 05/24 | 05/24 | CREDIT PROTECTION FEES | $4.11 |
| | | | TOTAL FEES FOR THIS PERIOD | $79.11 |

### 2021 Totals Year-to-Date

| Total fees charged in 2021 | $79.11 |
| --- | --- |
| Total interest charged in 2021 | $0.00 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | 24.90% | $0.00 | $0.00 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

| Account Number | |
| --- | --- |
| New Balance | $319.25 |
| Minimum Payment Due | $80.00 |
| Payment Due Date | 07/23/21 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

Make check/money order payable to

Please write your account number on your check/money order and do not send cash.

TAELOR J DORSEY **0000000

☐ Address/Phone Number Change
Please check here and complete Address/Phone Number Change Form on reverse side.

Make your payment online at www.mymilestonecard.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

MASTERCARD ACCOUNT STATEMENT
May 25, 2021 - June 24, 2021



### Account Summary

| | |
| --- | --- |
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $19.25 |
| Statement Closing Date | June 24, 2021 |
| # of Days in Billing Cycle | 31 |

### Purchase/Cash Advance Balance Summary

| | |
| --- | --- |
| Previous Balance | $280.26 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $33.18 |
| Interest Charged | $5.81 |
| New Purchase/Cash Advance Balance | $319.25 |

### Payment Information

| | |
| --- | --- |
| Total New Balance | $319.25 |
| Minimum Payment Due | $80.00 |
| Payment Due Date | July 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 8 month(s) | $345 |

If you would like information about credit counseling services, call 1-877-413-5322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| | 06/24 | 06/24 | CREDIT PROTECTION FEES | $4.18 |
| | 06/24 | 06/24 | LATE PAYMENT CHARGE | $29.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $33.18 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| | 06/24 | 06/24 | INTEREST CHARGE PURCHASE | $5.81 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $5.81 |

### 2021 Totals Year-to-Date

| | |
| --- | --- |
| Total fees charged in 2021 | $112.29 |
| Total interest charged in 2021 | $5.81 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | 24.90% | $280.39 | $5.81 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

TAELOR J DORSEY **0000000

| Account Number | |
|---|---|
| New Balance | $370.63 |
| Minimum Payment Due | $120.00 |
| Payment Due Date | 08/23/21 |
| AMOUNT ENCLOSED | $ |

Make check/money order payable to

Please write your account number on your check/money order
and do not send cash.

**Address/Phone Number Change**
☐ Please check here and complete Address/Phone Number Change Form on reverse side.

**Make your payment online at www.mymilestonecard.com**

-------------------- Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records. --------------------

## MILESTONE

**MASTERCARD ACCOUNT STATEMENT**
June 25, 2021 - July 26, 2021



| Account Summary | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $80.00 |
| Overlimit Amount | $70.63 |
| Statement Closing Date | July 26, 2021 |
| # of Days in Billing Cycle | 32 |

| Purchase/Cash Advance Balance Summary | |
|---|---|
| Previous Balance | $319.25 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.76 |
| Interest Charged | $6.62 |
| New Purchase/Cash Advance Balance | $370.63 |

| Payment Information | |
|---|---|
| Total New Balance | $370.63 |
| Minimum Payment Due | $120.00 |
| Payment Due Date | August 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 month(s) | $399 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mall payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mall billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

---

**YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.**

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 07/26 | 07/26 | CREDIT PROTECTION FEES | $4.76 |
| | 07/26 | 07/26 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.76 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 07/26 | 07/26 | INTEREST CHARGE PURCHASE | $6.62 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.62 |

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $157.05 |
| Total interest charged in 2021 | $12.43 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.90% | $319.39 | $6.62 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(V) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Page 1 of 2

FILED DATE: 12/26/2023 11:09 PM 20231126331

8675620.1 8-13

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

| | |
|---|---|
| Account Number | |
| New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | 09/23/21 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES  ◄ Make check/money order payable to
P.O. BOX 84059
COLUMBUS, GA 31908-4059

Please write your account number on your check/money order and do not send cash.

TAELOR J DORSEY  **0000000

Address/Phone Number Change
☐ Please check here and complete Address/Phone Number Change Form on reverse side.

**Make your payment online at www.mymilestonecard.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

# MILESTONE

MASTERCARD ACCOUNT STATEMENT
July 27, 2021 - August 24, 2021



## Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $41.10 |
| Statement Closing Date | August 24, 2021 |
| # of Days in Billing Cycle | 29 |

## Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $370.63 |
| Payments | $80.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.33 |
| Interest Charged | $6.14 |
| New Purchase/Cash Advance Balance | $341.10 |

## Payment Information

| | |
|---|---|
| Total New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | September 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 month(s) | $371 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

## Transactions

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 20729210104000087428352 | 07/29 | 07/29 | PAYMENT RECEIVED - THANK YOU | $80.00 PY |

## Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | | CREDIT PROTECTION FEES | $4.33 |
| | 08/24 | | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.33 |

## Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | 08/24 | INTEREST CHARGE PURCHASE | $6.14 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.14 |

## 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $201.38 |
| Total interest charged in 2021 | $18.57 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Page 1 of 3

FILED DATE: 12/26/2023 11:09 PM 20231128331

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

Make check/money order payable to

TAELOR J DORSEY          **C000000

| Account Number | |
|---|---|
| New Balance | $358.34 |
| Minimum Payment Due | $98.34 |
| Payment Due Date | 11/23/21 |
| AMOUNT ENCLOSED | $ |

Please write your account number on your check/money order and do not send cash.

Address/Phone Number Change
☐ Please check here and complete Address/Phone Number Change Form on reverse side.

**Make your payment online at www.mymilestonecard.com**

- - - - - - - - - - - - - Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records. - - - - - - - - - - - -

# MILESTONE

### MASTERCARD ACCOUNT STATEMENT
September 26, 2021 - October 25, 2021



| Account Summary | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $58.34 |
| Statement Closing Date | October 25, 2021 |
| # of Days in Billing Cycle | 31 |

| Purchase/Cash Advance Balance Summary | |
|---|---|
| Previous Balance | $307.39 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.58 |
| Interest Charged | $6.37 |
| New Purchase/Cash Advance Balance | $358.34 |

| Payment Information | |
|---|---|
| Total New Balance | $358.34 |
| Minimum Payment Due | $98.34 |
| Payment Due Date | November 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 month(s) | $392 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

**YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.**

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 10/26 | 10/26 | CREDIT PROTECTION FEES | $4.58 |
| | 10/26 | 10/26 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.58 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | 10/25 | INTEREST CHARGE PURCHASE | $6.37 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.37 |

### 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $250.39 |
| Total interest charged in 2021 | $30.85 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.90% | $307.53 | $6.37 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Page 1 of 2

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

◄ Make check/money
order payable to

| Account Number | |
| New Balance | $411.11 |
| Minimum Payment Due | $151.11 |
| Payment Due Date | 12/23/21 |
| AMOUNT ENCLOSED | $ |

Please write your account number on your check/money order
and do not send cash.

TAELOR J DORSEY      **0000000

Address/Phone Number Change
☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

**Make your payment online at www.mymilestonecard.com**

--- Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records. ---

## MILESTONE

MASTERCARD ACCOUNT STATEMENT
October 26, 2021 - November 24, 2021


mastercard.

| Account Summary | |
| --- | --- |
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $80.00 |
| Overlimit Amount | $111.11 |
| Statement Closing Date | November 24, 2021 |
| # of Days in Billing Cycle | 30 |

| Purchase/Cash Advance Balance Summary | |
| --- | --- |
| Previous Balance | $358.34 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $45.34 |
| Interest Charged | $7.43 |
| New Purchase/Cash Advance Balance | $411.11 |

### Payment Information

| | |
| --- | --- |
| Total New Balance | $411.11 |
| Minimum Payment Due | $151.11 |
| Payment Due Date | December 23, 2021 |

**Late Payment Warning:**If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 10 month(s) | $449 |

If you would like information about credit counseling services, call 1-877-419-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31906-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| | 11/24 | 11/24 | CREDIT PROTECTION FEES | $5.34 |
| | 11/24 | 11/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $45.34 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| | 11/24 | 11/24 | INTEREST CHARGE PURCHASE | $7.43 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $7.43 |

### 2021 Totals Year-to-Date

| | |
| --- | --- |
| Total fees charged in 2021 | $295.73 |
| Total interest charged in 2021 | $38.26 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | 24.90% | $358.51 | $7.43 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FILED DATE: 12/26/2023 11:09 PM 20231128331

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

Make check/money
order payable to ◄

TAELOR J DORSEY          **0000000

Make your payment online at www.mymilestonecard.com

| Account Number | |
| --- | --- |
| New Balance | $465.76 |
| Minimum Payment Due | $206.76 |
| Payment Due Date | 01/23/22 |
| AMOUNT ENCLOSED | $ |

Please write your account number on your check/money order
and do not send cash.

☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

Address/Phone Number Change

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

# MILESTONE

MASTERCARD ACCOUNT STATEMENT
November 25, 2021 - December 24, 2021



| Account Summary | |
| --- | --- |
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $120.00 |
| Overlimit Amount | $165.76 |
| Statement Closing Date | December 24, 2021 |
| # of Days in Billing Cycle | 30 |

| Purchase/Cash Advance Balance Summary | |
| --- | --- |
| Previous Balance | $411.11 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $46.13 |
| Interest Charged | $8.52 |
| New Purchase/Cash Advance Balance | $465.76 |

### Payment Information

| | |
| --- | --- |
| Total New Balance | $465.76 |
| Minimum Payment Due | $206.76 |
| Payment Due Date | January 23, 2022 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR at 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 10 month(s) | $507 |

If you would like information about credit counseling services, call 1-877-413-6322.

**Mail payment to:**
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

**Please mail billing inquiries to:**
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

**QUESTIONS?**
Call 1-866-453-2636
www.mymilestonecard.com

### Notice of Changes to Your Interest Rate

You have triggered the Penalty APR of 29.9% because we did not receive your monthly minimum payment within 60 days of your payment due date. As of 02/25/2022, the penalty APR will apply to all existing Purchase Balances and new Purchase transactions on your account.

If you make six consecutive monthly minimum payments after 02/25/2022, your rate for existing Purchase Balance and new Purchase transactions will return to the Regular APR. If you do not make six consecutive monthly minimum payments, we may keep the Penalty APR on your account indefinitely.

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

Your statement will soon be updated. We have made changes to make it easier to read and understand. In addition, we will be upgrading our website which may temporarily limit access to some parts of the site.

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| | 12/24 | 12/24 | CREDIT PROTECTION FEES | $6.13 |
| | 12/24 | 12/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $46.13 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| | 12/24 | 12/24 | INTEREST CHARGE PURCHASE | $8.52 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $8.52 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FILED DATE: 12/26/2023 11:09 PM    20231128531    86756020.112-13

**GENESIS FS CARD SERVICES**
PO BOX 4477
BEAVERTON OR 97076-4477

| | |
|---|---|
| Account Number | |
| New Balance | $552.08 |
| Minimum Payment Due | $292.08 |
| Payment Due Date | 02/23/22 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES ◄ Make check/money
P.O. BOX 84059                order payable to
COLUMBUS, GA 31908-4059

Please write your account number on your check/money order
and do not send cash.

TAELOR J DORSEY          **0000000

Address/Phone Number Change

☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

**Make your payment online at www.mymilestonecard.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

# MILESTONE    MASTERCARD ACCOUNT STATEMENT
December 25, 2021 - January 24, 2022



| Account Summary | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $160.00 |
| Overlimit Amount | $252.08 |
| Statement Closing Date | January 24, 2022 |
| # of Days in Billing Cycle | 31 |

| Purchase/Cash Advance Balance Summary | |
|---|---|
| Previous Balance | $466.76 |
| Payments | $5.00 |
| Other Credits | $0.00 |
| Purchases | $5.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $76.37 |
| Interest Charged | $9.95 |
| New Purchase/Cash Advance Balance | $552.08 |

| Payment Information | |
|---|---|
| Total New Balance | $552.08 |
| Minimum Payment Due | $292.08 |
| Payment Due Date | February 23, 2022 |

**Late Payment Warning:**If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 month(s) | $606 |

If you would like information about credit counseling services, call 1-877-413-6322.

**Mail payment to:**
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

**Please mail billing inquiries to:**
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

**QUESTIONS?**
Call 1-866-453-2636
www.mymilestonecard.com

---

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

Your statement will soon be updated. We have made changes to make it easier to read and understand. In addition, we will be upgrading our website which may temporarily limit access to some parts of the site.

---

### Transactions

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 21230210104000101020922 | 12/30 | 12/00 | PAYMENT RECEIVED - THANK YOU | $5.00 PY |
| 21230210104000101020922 | 12/30 | 01/10 | PAYMENT REVERSAL | $5.00 |

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 21230210104000101020922 | 01/10 | 01/10 | RETURNED CHECK FEE | $29.00 |
| | 01/24 | 01/24 | CREDIT PROTECTION FEES | $7.37 |
| | 01/24 | 01/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $76.37 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 01/24 | 01/24 | INTEREST CHARGE PURCHASE | $9.95 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $9.95 |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $76.37 |
| Total interest charged in 2022 | $9.95 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# MILESTONE®



TAELOR J DORSEY                                             Account number ending in

## ACCOUNT SUMMARY

| | |
|---|---|
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $327.00 |
| Overlimit Amount | $560.49 |
| Statement Closing Date | August 24, 2022 |
| Days in Billing Cycle | 31 |
| Previous Balance | $803.82 |
| - Payments & Credits | $0.00 |
| + Purchases & Other Charges | $0.00 |
| + FEES CHARGED | $40.00 |
| + INTEREST CHARGED | $16.67 |
| = New Balance | $860.49 |

**QUESTIONS?** Call 1-800-305-0330.
Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499
www.milestonecard.com

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $860.49 |
| Minimum Payment Due | $388.00 |
| Payment Due Date | September 23, 2022 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 months | $959.00 |

If you would like information about credit counseling services, call 1-800-305-0330.

Notice: SEE REVERSE SIDE FOR MORE IMPORTANT INFORMATION

## TRANSACTIONS

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| | | | **FEES** | |
| 08/24 | 08/24 | | LATE FEE | 40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | **40.00** |
| | | | **INTEREST CHARGED** | |
| 08/24 | 08/24 | | Interest Charge on Purchases | 16.67 |
| 08/24 | 08/24 | | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | **16.67** |

Please detach bottom portion and submit with payment using enclosed envelope

## MILESTONE®

Genesis FS Card Services
PO BOX 4477
Beaverton OR 97076-4477

### PAYMENT INFORMATION

| | |
|---|---|
| Account number ending in | 9019 |
| Payment Due Date | September 23, 2022 |
| New Balance | $860.49 |
| Minimum Payment Due | $388.00 |

TAELOR J DORSEY

Make Check Payable to:

Amount Enclosed: $

GENESIS FS CARD SERVICES
PO BOX 84059
Columbus GA 31908-4059

FILED DATE: 12/26/2023 11:09 PM   2023L128331

# EXHIBIT B

980 N. Michigan Ave., Suite 1400
Chicago, IL 60611



USPS CERTIFIED MAIL

9214 8901 4298 0480 7588 26

November 5, 2023

Equifax
PO Box 740256
Atlanta, GA 30374



RE:     TAELOR DORSEY
        ████████████████████████

        ACCOUNT: ████████ (MIDLAND CREDIT MANAGEMEN)
        CURRENT AMOUNT OF DEBT: $860.00
        DOB: ████████████
        SOCIAL SEC: ████████████

To Whom It May Concern:

This is a formal notice that you are reporting inaccurate information regarding my client. Please reinvestigate the above referenced tradeline and correct it.

The correct balance is $763.02. The account went delinquent on June 24, 2021 when my client missed her June payment. She made a number of partial payments but the account subsequently went 180 days delinquent on July 24, 2022. The card issuer was required to charged off the account in that month but the account was left open for an additional month resulting in $56.67 in fees and interest. Moreover, my client was charged $40.80 for a Credit Protection service that she never signed up for. The card issuer is aware of the issue.

The furnisher has re-aged this account by several months. The correct Date of First Delinquency is June 24, 2021, when my client missed her June payment. See attached statements for confirmation. She made a number of partial payments but never got the account current.

The Highest Balance is $763.02, not zero.

The Last Payment Date is April 28, 2022 and the Last Payment Amount is $115.00. This information is missing from the tradeline, please investigate using the attached documentation. It is important to accurately report last payment information as it will be used to determine the statute of limitations on the debt.

The Status Updated date is incorrect. The account is (correctly) listed as a Collection Account status, but the date of that status should be June 2021. Instead the furnisher has forward dated the

Status Date by more than a year to October 2022. This makes it appear my client had an account go to a Collection Account status more recently than she did.

The terms are not 1 month (or "0"), this field should be blank as this is a purchased account and there are no regular terms. The account is accelerated and due in full. The way the account is listed now is misleading and would cause a potential creditor, especially a mortgage broker, to include the amount due as part of my client's existing monthly payment obligations.

The furnisher fails to use the Purchased From/Sold To field at all despite having purchased this account from the card issuer. As a result the wrong Original Creditor is reported, the wrong Open Date, the wrong account number and the wrong Status Date as explained above. The correct Original Creditor is The Bank of Missouri/Milestone.

While the furnisher has a right to change the account number (which it has), by failing to use the Purchased From/Sold To fields, no credit scoring model or potential creditor will know that the listed account is the same account as the Milestone account. Instead it appears my client has two accounts arising from the same debt.

Once your investigation is complete, please respond directly to my client by sending an updated consumer disclosure showing correction of this item to their address listed above. You are specifically requested to provide a copy of this letter and enclosures to anyone asked to investigate this matter.

Sincerely,

By: _____

Illinois ARDC #6315845

FILED DATE: 12/26/2023 11:09 PM   20231128331



**12-Person Jury**

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 1108
System Generated Hearing Date: 6/9/2023 9:30 AM
Location: Court Room 1108
Judge: Walsh, Elizabeth A.

FILED
5/26/2023 8:01 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20221103044
Courtroom, 1108
22894411

(09/01/21) CCG 0009

Appearance and Jury Demand *

FILED DATE: 12/26/2023 11:09 PM   20231128331
FILED DATE: 5/26/2023 8:01 AM   20221103044

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MUNICIPAL _____ DEPARTMENT/ __1st__ DISTRICT

| | |
|---|---|
| LVNV FUNDING, LLC | Case No. __2022-M1-103044__ |
| Plaintiff | Claimed $: __1,053.22__ |
| v. | Return Date: _____ Time: _____ |
| TAELOR DORSEY | Court Date: _____ Room No.: _____ |
| Defendant | |

Address of Court District for Filing

### APPEARANCE AND JURY DEMAND *

☑ General Appearance     ☑ 0900 - Fee Paid          ☐ 0904 - Fee Waived
                          ☐ 0908 - Trial Lawyers Appearance - No Fee   ☑ Twelve-person Jury
☑ Jury Demand *          ☑ 1900 - Appearance and Jury Demand/Fee Paid   ☐ Six-person Jury
                          ☐ 1904 - Appearance and Jury Demand/No Fee Paid

The undersigned enters the appearance of: ○ Plaintiff  ● Defendant

Litigant's Name: TAELOR DORSEY

Signature: /s/ Michael J. Wood

☑ Initial Counsel of Record        ☐ 2810 Rule 707 Out-of-State Counsel
                                       (pro hac vice)
☐ Additional Appearance            ☐ Substitute Appearance

● Atty. No.: 60070

Name: Community Lawyers LLC

Atty. for (if applicable):

Defendant

Address: 980 N. Michigan Avenue, Suite #1400

City: Chicago

State: IL   Zip: 60611   Phone: (312) 757-1880

Primary Email: legaladmin@communitylawyersgroup.com

**IMPORTANT**
*Once this Appearance form is filed, photocopies of this form must be sent to all other parties named in this case (or to their attorneys) using either regular mail, fax, email or personal delivery. (See Illinois Supreme Court Rules 11 and 13 for more information.)*

* Strike demand for trial by jury if not applicable.
I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/ Michael J. Wood
Attorney for ○ Plaintiff ● Defendant

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 1

8976817.1.4-13

FILED DATE: 12/26/2023 11:09 PM    20231128331

6000000 - 007944 - 0001 - 0031 - 7

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

◄ Make check/money
order payable to

TAELOR J DORSEY          **0000000

| Account Number | |
|---|---|
| New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | 09/23/21 |
| AMOUNT ENCLOSED | $ |

Please write your account number on your check/money order
and do not send cash.

Address/Phone Number Change

☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

Make your payment online at www.mymilestonecard.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

# MILESTONE

MASTERCARD ACCOUNT STATEMENT
July 27, 2021 - August 24, 2021



## Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $41.10 |
| Statement Closing Date | August 24, 2021 |
| # of Days in Billing Cycle | 29 |

## Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $370.63 |
| Payments | $60.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.33 |
| Interest Charged | $6.14 |
| New Purchase/Cash Advance Balance | $341.10 |

## Payment Information

| | |
|---|---|
| Total New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | September 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 month(s) | $371 |

If you would like information about credit counseling services, call 1-877-418-6320.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

**YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.**

## Transactions

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 20729210104000087428362 | 07/29 | 07/29 | PAYMENT RECEIVED - THANK YOU | $60.00 PY |

## Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | 08/24 | CREDIT PROTECTION FEES | $4.33 |
| | 08/24 | 08/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.33 |

## Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | 08/24 | INTEREST CHARGE PURCHASE | $6.14 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.14 |

## 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $201.36 |
| Total interest charged in 2021 | $18.67 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Page 1 of 3

FILED DATE: 12/26/2023 11:09 PM 20231128331

86758817.1 5-13

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

| Account Number | |
|---|---|
| New Balance | $280.26 |
| Minimum Payment Due | $40.00 |
| Payment Due Date | 06/23/21 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

Make check/money
order payable to

Please write your account number on your check/money order
and do not send cash.

TAELOR J DORSEY          **0000000

Address/Phone Number Change
☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

**Make your payment online at www.mymilestonecard.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

**MASTERCARD ACCOUNT STATEMENT**
April 25, 2021 - May 24, 2021



### Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $19.74 |
| Past Due Amount | $0.00 |
| Overlimit Amount | $0.00 |
| Statement Closing Date | May 24, 2021 |
| # of Days in Billing Cycle | 30 |

### Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $201.15 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $79.11 |
| Interest Charged | $0.00 |
| New Purchase/Cash Advance Balance | $280.26 |

### Payment Information

| | |
|---|---|
| Total New Balance | $280.26 |
| Minimum Payment Due | $40.00 |
| Payment Due Date | June 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 month(s) | $305 |
| If you would like information about credit counseling services, call 1-877-413-5322. | | |

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

**QUESTIONS?**
Call 1-866-453-2636
www.mymilestonecard.com

### Transactions

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 55432881138200925190675 | 05/18 | 05/18 | SIMPLEMOBILE*AIRTIME 877-878-7908 FL | $20.00 |
| 55428501139084377389599 | 05/18 | 05/18 | FALCON INSURANCE 8008293352 IL | $139.53 |
| 55338761139547793004734 | 05/18 | 05/20 | SHELL OIL 57444087804 PALOS PARK IL | $41.62 |

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 35461127162400000000000 | 05/07 | 05/07 | ANNUAL FEE | $75.00 |
| | 05/24 | | CREDIT PROTECTION FEES | $4.11 |
| | | | TOTAL FEES FOR THIS PERIOD | $79.11 |

### 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $79.11 |
| Total interest charged in 2021 | $0.00 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.90% | $0.00 | $0.00 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

| | |
|---|---|
| Account Number | |
| New Balance | $319.25 |
| Minimum Payment Due | $80.00 |
| Payment Due Date | 07/23/21 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES ◄ Make check/money order payable to
P.O. BOX 84059
COLUMBUS, GA 31908-4059

Please write your account number on your check/money order and do not send cash.

TAELOR J DORSEY      '''0000000

☐ Please check here and complete Address/Phone Number Change Form on reverse side.

Address/Phone Number Change

Make your payment online at www.mymilestonecard.com

---

Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

# MILESTONE

MASTERCARD ACCOUNT STATEMENT
May 25, 2021 - June 24, 2021



## Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $19.25 |
| Statement Closing Date | June 24, 2021 |
| # of Days in Billing Cycle | 31 |

## Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $280.26 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $33.18 |
| Interest Charged | $5.81 |
| New Purchase/Cash Advance Balance | $319.25 |

## Payment Information

| | |
|---|---|
| Total New Balance | $319.25 |
| Minimum Payment Due | $80.00 |
| Payment Due Date | July 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 month(s) | $345 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

---

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

## Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 06/24 | 06/24 | CREDIT PROTECTION FEES | $4.18 |
| | 06/24 | 06/24 | LATE PAYMENT CHARGE | $29.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $33.18 |

## Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 06/24 | 06/24 | INTEREST CHARGE PURCHASE | $5.81 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $5.81 |

## 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $112.29 |
| Total interest charged in 2021 | $5.81 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.90% | $280.39 | $5.81 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Page 1 of 2

FILED DATE: 12/26/2023 11:09 PM   20231128331

FILED DATE: 12/26/2023 11:09 PM   20231128331

86FS817.17.13

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

TAELOR J DORSEY

| Account Number | |
|---|---|
| New Balance | $370.63 |
| Minimum Payment Due | $120.00 |
| Payment Due Date | 08/23/21 |
| AMOUNT ENCLOSED | $ |

Please write your account number on your check/money order and do not send cash.

Make check/money order payable to

Address/Phone Number Change

☐ Please check here and complete Address/Phone Number Change Form on reverse side.

**Make your payment online at www.mymilestonecard.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

MASTERCARD ACCOUNT STATEMENT
June 26, 2021 - July 26, 2021

 mastercard.

| Account Summary | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $80.00 |
| Overlimit Amount | $70.63 |
| Statement Closing Date | July 26, 2021 |
| # of Days in Billing Cycle | 32 |

| Purchase/Cash Advance Balance Summary | |
|---|---|
| Previous Balance | $319.25 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.76 |
| Interest Charged | $6.62 |
| New Purchase/Cash Advance Balance | $370.63 |

| Payment Information | |
|---|---|
| Total New Balance | $370.63 |
| Minimum Payment Due | $120.00 |
| Payment Due Date | August 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 month(s) | $399 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4069

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 07/26 | 07/26 | CREDIT PROTECTION FEES | $4.76 |
| | 07/26 | 07/26 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.76 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 07/26 | 07/26 | INTEREST CHARGE PURCHASE | $6.62 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.62 |

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $157.05 |
| Total interest charged in 2021 | $12.43 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.90% | $319.39 | $6.62 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Page 1 of 2

FILED DATE: 12/26/2023 11:09 PM 20231128831

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

◄ Make check/money
order payable to

TAELOR J DORSEY          **0000000

| Account Number | |
|---|---|
| New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | 09/23/21 |
| AMOUNT ENCLOSED | $ |

Please write your account number on your check/money order
and do not send cash.

Address/Phone Number Change
☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

**Make your payment online at www.mymilestonecard.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

MASTERCARD ACCOUNT STATEMENT
July 27, 2021 - August 24, 2021

 mastercard.

### Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $41.10 |
| Statement Closing Date | August 24, 2021 |
| # of Days in Billing Cycle | 29 |

### Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $370.63 |
| Payments | $80.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.33 |
| Interest Charged | $6.14 |
| New Purchase/Cash Advance Balance | $341.10 |

### Payment Information

| | |
|---|---|
| Total New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | September 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum
payment by the payment due date listed above, you may
have to pay a late fee of up to $40 and your Purchase
APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the
minimum payment each period, you will pay more in
interest and it will take you longer to pay off your
balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 month(s) | $371 |

If you would like information about credit counseling services,
call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

**YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.**
**PLEASE REMIT IMMEDIATELY.**

### Transactions

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 20729210104000087428352 | 07/29 | 07/29 | PAYMENT RECEIVED - THANK YOU | $80.00 PY |

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | 08/24 | CREDIT PROTECTION FEES | $4.33 |
| | 08/24 | 08/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.33 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | 08/24 | INTEREST CHARGE PURCHASE | $6.14 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.14 |

### 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $201.38 |
| Total interest charged in 2021 | $18.57 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

85758I7.1.9-13

20231128331

FILED DATE: 12/26/2023 11:09 PM

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

| Account Number | |
|---|---|
| New Balance | $358.34 |
| Minimum Payment Due | $98.34 |
| Payment Due Date | 11/23/21 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES ◄ Make check/money
P.O. BOX 84059                    order payable to
COLUMBUS, GA 31908-4059

Please write your account number on your check/money order
and do not send cash.

TAELOR J DORSEY            **0000000

☐ Please check here and complete Address/Phone
   Number Change Form on reverse side.

Address-Phone Number Change

Make your payment online at www.mymilestonecard.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

MASTERCARD ACCOUNT STATEMENT

September 25, 2021 - October 25, 2021



### Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $58.34 |
| Statement Closing Date | October 25, 2021 |
| # of Days in Billing Cycle | 31 |

### Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $307.39 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.58 |
| Interest Charged | $6.37 |
| New Purchase/Cash Advance Balance | $358.34 |

### Payment Information

| | |
|---|---|
| Total New Balance | $358.34 |
| Minimum Payment Due | $98.34 |
| Payment Due Date | November 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 month(s) | $392 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 10/25 | 10/25 | CREDIT PROTECTION FEES | $4.58 |
| | 10/25 | 10/25 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.58 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | 10/25 | INTEREST CHARGE PURCHASE | $6.37 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.37 |

### 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $250.39 |
| Total interest charged in 2021 | $30.85 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.90% | $307.53 | $6.37 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Page 1 of 2

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

| Account Number | 5410-5146-6145-9019 |
| --- | --- |
| New Balance | $411.11 |
| Minimum Payment Due | $161.11 |
| Payment Due Date | 12/23/21 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES ◄ Make check/money
P.O. BOX 84059 order payable to
COLUMBUS, GA 31908-4059

Please write your account number on your check/money order
and do not send cash.

TAELOR J DORSEY **0000000

Address/Phone Number Change
☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

**Make your payment online at www.mymilestonecard.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

MASTERCARD ACCOUNT STATEMENT
October 26, 2021 - November 24, 2021



| Account Summary | |
| --- | --- |
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $80.00 |
| Overlimit Amount | $111.11 |
| Statement Closing Date | November 24, 2021 |
| # of Days in Billing Cycle | 30 |

| Purchase/Cash Advance Balance Summary | |
| --- | --- |
| Previous Balance | $358.34 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $45.34 |
| Interest Charged | $7.43 |
| New Purchase/Cash Advance Balance | $411.11 |

| Payment Information | |
| --- | --- |
| Total New Balance | $411.11 |
| Minimum Payment Due | $161.11 |
| Payment Due Date | December 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 10 month(s) | $449 |

If you would like information about credit counseling services, call 1-877-413-6322.

**Mail payment to:**
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

**Please mail billing inquiries to:**
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

**QUESTIONS?**
Call 1-866-453-2636
www.mymilestonecard.com

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

| Fees | | | | |
| --- | --- | --- | --- | --- |
| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| | 11/24 | 11/24 | CREDIT PROTECTION FEES | $5.34 |
| | 11/24 | 11/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $45.34 |

| Interest Charged | | | | |
| --- | --- | --- | --- | --- |
| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| | 11/24 | 11/24 | INTEREST CHARGE PURCHASE | $7.43 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $7.43 |

| 2021 Totals Year-to-Date | |
| --- | --- |
| Total fees charged in 2021 | $295.73 |
| Total interest charged in 2021 | $58.28 |

| Interest Charge Calculation | | | |
| --- | --- | --- | --- |
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 24.90% | $358.51 | $7.43 |
| Cash Advances | 29.90% | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FILED DATE: 12/26/2023 11:09 PM    2023112833

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

| Account Number | |
|---|---|
| New Balance | $465.76 |
| Minimum Payment Due | $205.76 |
| Payment Due Date | 01/23/22 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES    ◄ Make check/money
P.O. BOX 84059                order payable to
COLUMBUS, GA 31908-4059

Please write your account number on your check/money order
and do not send cash.

TAELOR J DORSEY           **0000000

Address/Phone Number Change
☐ Please check here and complete Address/Phone
   Number Change Form on reverse side.

Make your payment online at www.mymilestonecard.com

- - - - - - - Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

MASTERCARD ACCOUNT STATEMENT
November 25, 2021 - December 24, 2021



| Account Summary | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $120.00 |
| Overlimit Amount | $165.76 |
| Statement Closing Date | December 24, 2021 |
| # of Days In Billing Cycle | 30 |

| Purchase/Cash Advance Balance Summary | |
|---|---|
| Previous Balance | $411.11 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $46.13 |
| Interest Charged | $8.52 |
| New Purchase/Cash Advance Balance | $465.76 |

| Payment Information | |
|---|---|
| Total New Balance | $465.76 |
| Minimum Payment Due | $205.76 |
| Payment Due Date | January 23, 2022 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 10 month(s) | $507 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

### Notice of Changes to Your Interest Rate

You have triggered the Penalty APR of 29.9% because we did not receive your monthly minimum payment within 60 days of your payment due date. As of 02/25/2022, the penalty APR will apply to all existing Purchase Balances and new Purchase transactions on your account.

If you make six consecutive monthly minimum payments after 02/25/2022, your rate for existing Purchase Balance and new Purchase transactions will return to the Regular APR. If you do not make six consecutive monthly minimum payments, we may keep the Penalty APR on your account indefinitely.

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

Your statement will soon be updated. We have made changes to make it easier to read and understand. In addition, we will be upgrading our website which may temporarily limit access to some parts of the site.

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 12/24 | 12/24 | CREDIT PROTECTION FEES | $8.13 |
| | 12/24 | 12/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $46.13 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 12/24 | 12/24 | INTEREST CHARGE PURCHASE | $8.52 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $8.52 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

| | |
|---|---|
| Account Number | |
| New Balance | $552.08 |
| Minimum Payment Due | $292.08 |
| Payment Due Date | 02/23/22 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

Make check/money
order payable to

Please write your account number on your check/money order
and do not send cash.

TAELOR J DORSEY

*0000000

☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

Address/Phone Number Change

Make your payment online at www.mymilestonecard.com

- - - - - - Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records. - - - - - -

# MILESTONE

MASTERCARD ACCOUNT STATEMENT
December 25, 2021 - January 24, 2022



| Account Summary | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $150.00 |
| Overlimit Amount | $252.08 |
| Statement Closing Date | January 24, 2022 |
| # of Days in Billing Cycle | 31 |

| Purchase/Cash Advance Balance Summary | |
|---|---|
| Previous Balance | $465.76 |
| Payments | $5.00 |
| Other Credits | $5.00 |
| Purchases | $5.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $76.37 |
| Interest Charged | $9.95 |
| New Purchase/Cash Advance Balance | $552.08 |

| Payment Information | |
|---|---|
| Total New Balance | $552.08 |
| Minimum Payment Due | $292.08 |
| Payment Due Date | February 23, 2022 |

**Late Payment Warning:** If we do not receive your minimum
payment by the payment due date listed above, you may
have to pay a late fee of up to $40 and your Purchase
APR may be increased up to the Penalty APR of 28.90%.

**Minimum Payment Warning:** If you make only the
minimum payment each period, you will pay more in
interest and it will take you longer to pay off your
balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 month(s) | $606 |

If you would like information about credit counselling services,
call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

Your statement will soon be updated. We have made changes to make it easier to read and
understand. In addition, we will be upgrading our website which may temporarily limit access
to some parts of the site.

| Transactions | | | | |
|---|---|---|---|---|
| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| 21232101040000101020922 | 12/30 | 12/30 | PAYMENT RECEIVED - THANK YOU | $5.00 PY |
| 21232101040000101020922 | 12/30 | 01/10 | PAYMENT REVERSAL | $5.00 |

| Fees | | | | |
|---|---|---|---|---|
| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| 21232101040000101020922 | 01/10 | 01/10 | RETURNED CHECK FEE | $29.00 |
| | 01/24 | 01/24 | CREDIT PROTECTION FEES | $7.37 |
| | 01/24 | 01/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $76.37 |

| Interest Charged | | | | |
|---|---|---|---|---|
| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| | 01/24 | 01/24 | INTEREST CHARGE PURCHASE | $9.95 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $9.95 |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $76.37 |
| Total interest charged in 2022 | $9.95 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# MILESTONE®



TAELOR J DORSEY                                          Account number ending in

## ACCOUNT SUMMARY

| | |
|---|---|
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $327.00 |
| Overlimit Amount | $560.49 |
| Statement Closing Date | August 24, 2022 |
| Days in Billing Cycle | 31 |
| Previous Balance | $803.82 |
| - Payments & Credits | $0.00 |
| + Purchases & Other Charges | $0.00 |
| + FEES CHARGED | $40.00 |
| + INTEREST CHARGED | $16.67 |
| = New Balance | $860.49 |

QUESTIONS? Call 1-800-305-0330
Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499
www.milestonecard.com

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $860.49 |
| Minimum Payment Due | $388.00 |
| Payment Due Date | September 23, 2022 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 months | $959.00 |

If you would like information about credit counseling services, call 1-800-305-0330.

Notice: SEE REVERSE SIDE FOR MORE IMPORTANT INFORMATION

## TRANSACTIONS

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| | | | **FEES** | |
| 08/24 | 08/24 | | LATE FEE | 40.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **40.00** |
| | | | **INTEREST CHARGED** | |
| 08/24 | 08/24 | | Interest Charge on Purchases | 16.67 |
| 08/24 | 08/24 | | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **16.67** |

Please detach bottom portion and submit with payment using enclosed envelope

# MILESTONE®

Genesis FS Card Services
PO BOX 4477
Beaverton OR 97076-4477

## PAYMENT INFORMATION

| | |
|---|---|
| Account number ending in | 9019 |
| Payment Due Date | September 23, 2022 |
| New Balance | $860.49 |
| Minimum Payment Due | $388.00 |

Make Check Payable to:

Amount Enclosed: $

TAELOR J DORSEY



GENESIS FS CARD SERVICES
PO BOX 84059
Columbus GA 31908-4059

86756171.1
FILED DATE: 12/26/2023 11:09 PM   20231128331

FILED DATE: 12/26/2023 11:09 PM   20231128331

# EXHIBIT C

980 N. Michigan Ave., Suite 1400
Chicago, IL 60611



USPS CERTIFIED MAIL

9214 8901 4298 0490 7588 40

November 5, 2023

Transunion LLC
PO Box 2000
Chester, PA 19016

RE:     TAELOR DORSEY

        ACCOUNT: ████████(MIDLAND CREDIT MANAGEMEN)
        CURRENT AMOUNT OF DEBT: $860.00
        DOB: ████████
        SOCIAL SEC: ████████

To Whom It May Concern:

This is a formal notice that you are reporting inaccurate information regarding my client. Please
reinvestigate the above referenced tradeline and correct it.

The correct balance is $763.02. The account went delinquent on June 24, 2021 when my client
missed her June payment. She made a number of partial payments but the account subsequently
went 180 days delinquent on July 24, 2022. The card issuer was required to charged off the
account in that month but the account was left open for an additional month resulting in $56.67
in fees and interest. Moreover, my client was charged $40.80 for a Credit Protection service that
she never signed up for. The card issuer is aware of the issue.

The furnisher has re-aged this account by several months. The correct Date of First Delinquency
is June 24, 2021, when my client missed her June payment. See attached statements for
confirmation. She made a number of partial payments but never got the account current.

The Highest Balance is $763.02, not zero.

The Last Payment Date is April 28, 2022 and the Last Payment Amount is $115.00. This
information is missing from the tradeline, please investigate using the attached documentation. It
is important to accurately report last payment information as it will be used to determine the
statute of limitations on the debt.

The Status Updated date is incorrect. The account is (correctly) listed as a Collection Account
status, but the date of that status should be June 2021. Instead the furnisher has forward dated the

Status Date by more than a year to October 2022. This makes it appear my client had an account go to a Collection Account status more recently than she did.

The terms are not 1 month (or "0"), this field should be blank as this is a purchased account and there are no regular terms. The account is accelerated and due in full. The way the account is listed now is misleading and would cause a potential creditor, especially a mortgage broker, to include the amount due as part of my client's existing monthly payment obligations.

The furnisher fails to use the Purchased From/Sold To field at all despite having purchased this account from the card issuer. As a result the wrong Original Creditor is reported, the wrong Open Date, the wrong account number and the wrong Status Date as explained above. The correct Original Creditor is The Bank of Missouri/Milestone.

While the furnisher has a right to change the account number (which it has), by failing to use the Purchased From/Sold To fields, no credit scoring model or potential creditor will know that the listed account is the same account as the Milestone account. Instead it appears my client has two accounts arising from the same debt.

Once your investigation is complete, please respond directly to my client by sending an updated consumer disclosure showing correction of this item to their address listed above. You are specifically requested to provide a copy of this letter and enclosures to anyone asked to investigate this matter.

Sincerely,

By: _____

Illinois ARDC #6315845

FILED DATE: 12/26/2023 11:09 PM   20231128331

ILLINOIS

Jesse White • Secretary of State

**DRIVER'S LICENSE**

DORSEY
TAELOR SOL



FILED DATE: 12/26/2023 11:09 PM   20231128331

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 1108
System Generated Hearing Date: 6/9/2023 9:30 AM
Location: Court Room 1108
Judge: Walsh, Elizabeth A.

**12-Person Jury**

FILED
5/26/2023 8:01 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20221103044
Courtroom, 1108
22894411

FILED DATE: 12/26/2023 11:09 PM 20231128331
FILED DATE: 5/26/2023 8:01 AM 20221103044

Appearance and Jury Demand *

(09/01/21) CCG 0009

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MUNICIPAL _____ DEPARTMENT/ __1st__ DISTRICT

| | |
|---|---|
| LVNV FUNDING, LLC | Case No. __2022-M1-103044__ |
| Plaintiff | Claimed $: _____ 1,053.22 |
| v. | Return Date: _____ Time: _____ |
| TAELOR DORSEY | Court Date: _____ Room No.: _____ |
| Defendant | |
| | Address of Court District for Filing |

### APPEARANCE AND JURY DEMAND *

☑ General Appearance
☑ Jury Demand *

☑ 0900 - Fee Paid
☐ 0908 - Trial Lawyers Appearance - No Fee
☑ 1900 - Appearance and Jury Demand/Fee Paid
☐ 1904 - Appearance and Jury Demand/No Fee Paid

☐ 0904 - Fee Waived
☑ Twelve-person Jury
☐ Six-person Jury

The undersigned enters the appearance of: ○ Plaintiff ● Defendant

Litigant's Name: TAELOR DORSEY

Signature: /s/ Michael J. Wood

☑ Initial Counsel of Record          ☐ 2810 Rule 707 Out-of-State Counsel
                                            (pro hac vice)

☐ Additional Appearance          ☐ Substitute Appearance

● Atty. No.: 60070

Name: Community Lawyers LLC

Atty. for (if applicable):
Defendant

Address: 980 N. Michigan Avenue, Suite #1400

City: Chicago

State: IL  Zip: 60611  Phone: (312) 757-1880

Primary Email: legaladmin@communitylawyersgroup.com

**IMPORTANT**
*Once this Appearance form is filed, photocopies of this form must be sent to all other parties named in this case (or to their attorneys) using either regular mail, fax, email or personal delivery. (See Illinois Supreme Court Rules 11 and 13 for more information.)*

* Strike demand for trial by jury if not applicable.
I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/ Michael J. Wood
Attorney for ○ Plaintiff ● Defendant

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

cookcountyclerkofcourt.org

Page 1 of 1

8675824.14-13

FILED DATE: 12/26/2023 11:09 PM  20231128331

**GENESIS FS CARD SERVICES**
PO BOX 4477
BEAVERTON OR 97076-4477

| | |
|---|---|
| Account Number | |
| New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | 09/23/21 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES ◄ Make check/money
P.O. BOX 84059    order payable to
COLUMBUS, GA 31908-4059

Please write your account number on your check/money order
and do not send cash.

TAELOR J DORSEY  **0000000

☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

Address/Phone Number Change

**Make your payment online at www.mymilestonecard.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

# MILESTONE

**MASTERCARD ACCOUNT STATEMENT**
July 27, 2021 - August 24, 2021



| Account Summary | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $41.10 |
| Statement Closing Date | August 24, 2021 |
| # of Days in Billing Cycle | 29 |

| Purchase/Cash Advance Balance Summary | |
|---|---|
| Previous Balance | $370.63 |
| Payments | $80.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.33 |
| Interest Charged | $6.14 |
| New Purchase/Cash Advance Balance | $341.10 |

| Payment Information | |
|---|---|
| Total New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | September 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum
payment by the payment due date listed above, you may
have to pay a late fee of up to $40 and your Purchase
APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the
minimum payment each period, you will pay more in
interest and it will take you longer to pay off your
balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 month(s) | $371 |

If you would like information about credit counseling services,
call 1-877-413-5322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

**YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.**
**PLEASE REMIT IMMEDIATELY.**

## Transactions

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 207292101040000087428382 | 07/29 | 07/29 | PAYMENT RECEIVED - THANK YOU | $80.00 PY |

## Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | 08/24 | CREDIT PROTECTION FEES | $4.33 |
| | 08/24 | 08/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.33 |

## Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | 08/24 | INTEREST CHARGE PURCHASE | $6.14 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.14 |

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $201.38 |
| Total interest charged in 2021 | $18.57 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FILED DATE: 12/26/2023 11:09 PM  20231128331

8675824.15-13

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES ◄ Make check/money
P.O. BOX 84059                    order payable to
COLUMBUS, GA 31908-4059

TAELOR J DORSEY              **0000000

| Account Number | |
|---|---|
| New Balance | $280.26 |
| Minimum Payment Due | $40.00 |
| Payment Due Date | 06/23/21 |
| AMOUNT ENCLOSED | $ |

Please write your account number on your check/money order
and do not send cash.

Address/Phone Number Change

☐ Please check here and complete Address/Phone
   Number Change Form on reverse side.

Make your payment online at www.mymilestonecard.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

# MILESTONE

**MASTERCARD ACCOUNT STATEMENT**
April 25, 2021 - May 24, 2021



### Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $19.74 |
| Past Due Amount | $0.00 |
| Overlimit Amount | $0.00 |
| Statement Closing Date | May 24, 2021 |
| # of Days in Billing Cycle | 30 |

### Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $201.15 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $79.11 |
| Interest Charged | $0.00 |
| New Purchase/Cash Advance Balance | $280.26 |

### Payment Information

| | |
|---|---|
| Total New Balance | $280.26 |
| Minimum Payment Due | $40.00 |
| Payment Due Date | June 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 month(s) | $305 |

If you would like information about credit counseling services, call 1-877-419-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

### Transactions

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 55432861138200625190676 | 05/18 | 05/18 | SIMPLEMOBILE*AIRTIME 877-878-7908 FL | $20.00 |
| 55429501138064377389599 | 05/18 | 05/18 | FALCON INSURANCE 8009293252 IL | $139.53 |
| 55308781138547709004734 | 05/18 | 05/20 | SHELL OIL 57444987804 PALOS PARK IL | $41.62 |

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 35481127162400000000000 | 05/07 | 05/07 | ANNUAL FEE | $75.00 |
| | 05/24 | 05/24 | CREDIT PROTECTION FEES | $4.11 |
| | | | TOTAL FEES FOR THIS PERIOD | $79.11 |

### 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $79.11 |
| Total interest charged in 2021 | $0.00 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.90% | $0.00 | $0.00 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

[V] = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FILED DATE: 12/26/2023 11:09 PM    2023L128331

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

| Account Number | |
|---|---|
| New Balance | $319.25 |
| Minimum Payment Due | $80.00 |
| Payment Due Date | 07/23/21 |
| AMOUNT ENCLOSED | $ |

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

Make check/money
order payable to

Please write your account number on your check/money order
and do not send cash.

TAELOR J DORSEY          *00X0000

Address/Phone Number Change

☐ Please check here and complete Address/Phone Number Change Form on reverse side.

**Make your payment online at www.mymilestonecard.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

MASTERCARD ACCOUNT STATEMENT

May 25, 2021 - June 24, 2021


mastercard.

### Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $19.25 |
| Statement Closing Date | June 24, 2021 |
| # of Days in Billing Cycle | 31 |

### Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $280.26 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| **Fees Charged** | $33.18 |
| **Interest Charged** | $5.81 |
| New Purchase/Cash Advance Balance | $319.25 |

### Payment Information

| | |
|---|---|
| Total New Balance | $319.25 |
| Minimum Payment Due | $80.00 |
| Payment Due Date | July 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 month(s) | $345 |

If you would like information about credit counseling services, call 1-877-413-6322.

**Mail payment to:**
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

**Please mail billing inquiries to:**
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

**QUESTIONS?**
Call 1-866-453-2636
www.mymilestonecard.com

---

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 06/24 | 06/24 | CREDIT PROTECTION FEES | $4.18 |
| | 06/24 | 06/24 | LATE PAYMENT CHARGE | $29.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $33.18 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 06/24 | 06/24 | INTEREST CHARGE PURCHASE | $5.81 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $5.81 |

### 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $112.29 |
| Total interest charged in 2021 | $5.81 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.90% | $280.39 | $5.81 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FILED DATE: 12/26/2023 11:09 PM    2023112B331

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES    ◄ Make check/money
P.O. BOX 84059                   order payable to
COLUMBUS, GA 31908-4059

TAELOR J DORSEY    **0000000

| Account Number | |
|---|---|
| New Balance | $370.63 |
| Minimum Payment Due | $120.00 |
| Payment Due Date | 08/23/21 |
| AMOUNT ENCLOSED | $ |

Please write your account number on your check/money order
and do not send cash.

☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

Address/Phone Number Change

**Make your payment online at www.mymilestonecard.com**

- - - - - Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records. - - - - -

## MILESTONE

### MASTERCARD ACCOUNT STATEMENT
June 26, 2021 - July 26, 2021


mastercard.

### Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $80.00 |
| Overlimit Amount | $70.63 |
| Statement Closing Date | July 26, 2021 |
| # of Days in Billing Cycle | 32 |

### Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $319.25 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.76 |
| Interest Charged | $6.62 |
| New Purchase/Cash Advance Balance | $370.63 |

### Payment Information

| | |
|---|---|
| Total New Balance | $370.63 |
| Minimum Payment Due | $120.00 |
| Payment Due Date | August 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum
payment by the payment due date listed above, you may
have to pay a late fee of up to $40 and your Purchase
APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the
minimum payment each period, you will pay more in
interest and it will take you longer to pay off your
balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 month(s) | $399 |

If you would like information about credit counseling services,
call 1-877-419-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

**YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.**

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 07/26 | 07/26 | CREDIT PROTECTION FEES | $4.76 |
| | 07/26 | 07/26 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.76 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 07/26 | 07/26 | INTEREST CHARGE PURCHASE | $6.62 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.62 |

### 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $157.05 |
| Total interest charged in 2021 | $12.43 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24.90% | $319.39 | $6.62 |
| Cash Advances | 28.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FILED DATE: 12/26/2023 11:09 PM    20231128331

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES    ◄ Make checks/money
P.O. BOX 84059                  order payable to
COLUMBUS, GA 31908-4059

TAELOR J DORSEY          **0000000

| Account Number | |
|---|---|
| New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | 09/23/21 |
| AMOUNT ENCLOSED | $ |

Please write your account number on your check/money order
and do not send cash.

Address/Phone Number Change
☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

Make your payment online at www.mymilestonecard.com

- - - - - - - Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records. - - - - - - -

## MILESTONE

MASTERCARD ACCOUNT STATEMENT
July 27, 2021 - August 24, 2021



### Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $41.10 |
| Statement Closing Date | August 24, 2021 |
| # of Days in Billing Cycle | 29 |

### Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $370.63 |
| Payments | $80.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.33 |
| Interest Charged | $6.14 |
| New Purchase/Cash Advance Balance | $341.10 |

### Payment Information

| | |
|---|---|
| Total New Balance | $341.10 |
| Minimum Payment Due | $81.10 |
| Payment Due Date | September 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 month(s) | $371 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-888-453-2636
www.mymilestonecard.com

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

### Transactions

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 20729210104000087428362 | 07/29 | 07/29 | PAYMENT RECEIVED - THANK YOU | $80.00 PY |

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | 08/24 | CREDIT PROTECTION FEES | $4.33 |
| | 08/24 | 08/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.33 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 08/24 | 08/24 | INTEREST CHARGE PURCHASE | $6.14 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.14 |

### 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $201.38 |
| Total interest charged in 2021 | $18.57 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Page 1 of 3

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES ◄ Make check/money
P.O. BOX 84059                order payable to
COLUMBUS, GA 31908-4059

TAELOR J DORSEY                **0000000

| Account Number | |
| --- | --- |
| New Balance | $358.34 |
| Minimum Payment Due | $98.34 |
| Payment Due Date | 11/23/21 |
| AMOUNT ENCLOSED | $ |

Please write your account number on your check/money order
and do not send cash.

Address/Phone Number Change
☐ Please check here and complete Address/Phone
Number Change Form on reverse side.

**Make your payment online at www.mymilestonecard.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

MASTERCARD ACCOUNT STATEMENT
September 25, 2021 - October 25, 2021



### Account Summary

| | |
| --- | --- |
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $40.00 |
| Overlimit Amount | $58.34 |
| Statement Closing Date | October 25, 2021 |
| # of Days in Billing Cycle | 31 |

### Purchase/Cash Advance Balance Summary

| | |
| --- | --- |
| Previous Balance | $307.39 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $44.58 |
| Interest Charged | $6.37 |
| New Purchase/Cash Advance Balance | $358.34 |

### Payment Information

| | |
| --- | --- |
| Total New Balance | $358.34 |
| Minimum Payment Due | $98.34 |
| Payment Due Date | November 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 9 month(s) | $392 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

**YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.**

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| | 10/25 | 10/25 | CREDIT PROTECTION FEES | $4.58 |
| | 10/25 | 10/25 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $44.58 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| | 10/25 | 10/25 | INTEREST CHARGE PURCHASE | $6.37 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $6.37 |

### 2021 Totals Year-to-Date

| | |
| --- | --- |
| Total fees charged in 2021 | $250.39 |
| Total interest charged in 2021 | $30.85 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | 24.90% | $307.53 | $6.37 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Page 1 of 2

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

TAELOR J DORSEY

| Account Number | |
| --- | --- |
| New Balance | $411.11 |
| Minimum Payment Due | $151.11 |
| Payment Due Date | 12/23/21 |
| AMOUNT ENCLOSED | $ |

Make check/money order payable to

Please write your account number on your check/money order
and do not send cash.

Address/Phone Number Change

☐ Please check here and complete Address/Phone Number Change Form on reverse side.

Make your payment online at www.mymilestonecard.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

**MASTERCARD ACCOUNT STATEMENT**
October 25, 2021 - November 24, 2021

 mastercard.

### Account Summary

| | |
| --- | --- |
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $80.00 |
| Overlimit Amount | $111.11 |
| Statement Closing Date | November 24, 2021 |
| # of Days in Billing Cycle | 30 |

### Purchase/Cash Advance Balance Summary

| | |
| --- | --- |
| Previous Balance | $358.34 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advance | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $45.34 |
| Interest Charged | $7.43 |
| New Purchase/Cash Advance Balance | $411.11 |

### Payment Information

| | |
| --- | --- |
| Total New Balance | $411.11 |
| Minimum Payment Due | $151.11 |
| Payment Due Date | December 23, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase. APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 10 month(s) | $449 |

If you would like information about credit counseling services, call 1-877-413-6322.

**Mail payment to:**
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

**Please mail billing inquiries to:**
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97075-4499

**QUESTIONS?**
Call 1-866-453-2636
www.mymilestonecard.com

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| | 11/24 | 11/24 | CREDIT PROTECTION FEES | $5.34 |
| | 11/24 | 11/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $45.34 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
| --- | --- | --- | --- | --- |
| | 11/24 | 11/24 | INTEREST CHARGE PURCHASE | $7.43 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $7.43 |

### 2021 Totals Year-to-Date

| | |
| --- | --- |
| Total fees charged in 2021 | $295.73 |
| Total interest charged in 2021 | $38.28 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | 24.90% | $358.51 | $7.43 |
| Cash Advances | 29.90% | $0.00 | $0.00 |

(v) = Variable Rate

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FILED DATE: 12/26/2023 11:09 PM 20231128331

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

◄ Make check/money order payable to

| | |
|---|---|
| **Account Number** | |
| New Balance | $465.76 |
| Minimum Payment Due | $205.76 |
| Payment Due Date | 01/23/22 |
| AMOUNT ENCLOSED | $ |

Please write your account number on your check/money order and do not send cash.

TAELOR J DORSEY          **0000000

**Address/Phone Number Change**

☐ Please check here and complete Address/Phone Number Change Form on reverse side.

Make your payment online at www.mymilestonecard.com

---
*Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.*

## MILESTONE

**MASTERCARD ACCOUNT STATEMENT**
November 25, 2021 - December 24, 2021



### Account Summary

| | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $120.00 |
| Overlimit Amount | $165.76 |
| Statement Closing Date | December 24, 2021 |
| # of Days in Billing Cycle | 30 |

### Purchase/Cash Advance Balance Summary

| | |
|---|---|
| Previous Balance | $411.11 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $46.13 |
| Interest Charged | $8.52 |
| New Purchase/Cash Advance Balance | $465.76 |

### Payment Information

| | |
|---|---|
| Total New Balance | $465.76 |
| Minimum Payment Due | $205.76 |
| Payment Due Date | January 23, 2022 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 10 month(s) | $507 |

If you would like information about credit counseling services, call 1-877-413-5322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

**QUESTIONS?**
Call 1-866-453-2636
www.mymilestonecard.com

### Notice of Changes to Your Interest Rate

You have triggered the Penalty APR of 29.9% because we did not receive your monthly minimum payment within 60 days of your payment due date. As of 02/25/2022, the penalty APR will apply to all existing Purchase Balances and new Purchase transactions on your account.

If you make six consecutive monthly minimum payments after 02/25/2022, your rate for existing Purchase Balance and new Purchase transactions will return to the Regular APR. If you do not make six consecutive monthly minimum payments, we may keep the Penalty APR on your account indefinitely.

---

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS.
PLEASE REMIT IMMEDIATELY.

Your statement will soon be updated. We have made changes to make it easier to read and understand. In addition, we will be upgrading our website which may temporarily limit access to some parts of the site.

---

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 12/24 | 12/24 | CREDIT PROTECTION FEES | 56.13 |
| | 12/24 | 12/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $46.13 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 12/24 | 12/24 | INTEREST CHARGE PURCHASE | $8.52 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $8.52 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FILED DATE: 12/26/2023 11:39 PM   2023L128331

GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON OR 97076-4477

GENESIS FS CARD SERVICES
P.O. BOX 84059
COLUMBUS, GA 31908-4059

TAELOR J DORSEY

| | |
|---|---|
| Account Number | |
| New Balance | $552.08 |
| Minimum Payment Due | $292.08 |
| Payment Due Date | 02/23/22 |
| AMOUNT ENCLOSED | $ |

Make check/money order payable to

Please write your account number on your check/money order and do not send cash.

Address/Phone Number Change

☐ Please check here and complete Address/Phone Number Change Form on reverse side.

Make your payment online at www.mymilestonecard.com

---

Please detach this portion and return with your payment to ensure proper credit. Retain lower portion for your records.

## MILESTONE

**MASTERCARD ACCOUNT STATEMENT**
December 25, 2021 - January 24, 2022



| Account Summary | |
|---|---|
| Credit Line | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $160.00 |
| Overlimit Amount | $252.08 |
| Statement Closing Date | January 24, 2022 |
| # of Days in Billing Cycle | 31 |

| Purchase/Cash Advance Balance Summary | |
|---|---|
| Previous Balance | $465.76 |
| Payments | $5.00 |
| Other Credits | $0.00 |
| Purchases | $5.00 |
| Cash Advances | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $76.37 |
| Interest Charged | $9.95 |
| New Purchase/Cash Advance Balance | $552.08 |

| Payment Information | |
|---|---|
| Total New Balance | $552.08 |
| Minimum Payment Due | $292.08 |
| Payment Due Date | February 23, 2022 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $40 and your Purchase APR may be increased up to the Penalty APR of 29.90%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 months | $606 |

If you would like information about credit counseling services, call 1-877-413-6322.

Mail payment to:
Genesis FS Card Services
P.O. Box 84059
Columbus, GA 31908-4059

Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

QUESTIONS?
Call 1-866-453-2636
www.mymilestonecard.com

---

YOUR MINIMUM PAYMENT INCLUDES ANY OVERLIMIT AND PAST DUE AMOUNTS. PLEASE REMIT IMMEDIATELY.

Your statement will soon be updated. We have made changes to make it easier to read and understand. In addition, we will be upgrading our website which may temporarily limit access to some parts of the site.

### Transactions

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 21230210104000101020922 | 12/30 | 12/30 | PAYMENT RECEIVED - THANK YOU | $5.00 PY |
| 21230210104000101020922 | 12/30 | 01/10 | PAYMENT REVERSAL | $5.00 |

### Fees

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 21230210104000101020922 | 01/10 | 01/10 | RETURNED CHECK FEE | $29.00 |
| | 01/24 | 01/24 | CREDIT PROTECTION FEES | $7.37 |
| | 01/24 | 01/24 | LATE PAYMENT CHARGE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $76.37 |

### Interest Charged

| Reference Number | Tran Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 01/24 | 01/24 | INTEREST CHARGE PURCHASE | $9.95 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $9.95 |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $76.37 |
| Total interest charged in 2022 | $9.95 |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# MILESTONE®



TAELOR J DORSEY                                               Account number ending in ▮▮▮▮

## ACCOUNT SUMMARY

| | |
|---|---|
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Past Due Amount | $327.00 |
| Overlimit Amount | $560.49 |
| Statement Closing Date | August 24, 2022 |
| Days in Billing Cycle | 31 |
| Previous Balance | $803.82 |
| – Payments & Credits | $0.00 |
| + Purchases & Other Charges | $0.00 |
| + FEES CHARGED | $40.00 |
| + INTEREST CHARGED | $16.67 |
| = New Balance | $860.49 |

**QUESTIONS?** Call 1-800-305-0330.
Please mail billing inquiries to:
Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499
www.milestonecard.com

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $860.49 |
| Minimum Payment Due | $388.00 |
| Payment Due Date | September 23, 2022 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 months | $959.00 |

If you would like information about credit counseling services, call 1-800-305-0330.

Notice: SEE REVERSE SIDE FOR MORE IMPORTANT INFORMATION

## TRANSACTIONS

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| | | | **FEES** | |
| 08/24 | 08/24 | | LATE FEE | 40.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **40.00** |
| | | | **INTEREST CHARGED** | |
| 08/24 | 08/24 | | Interest Charge on Purchases | 16.67 |
| 08/24 | 08/24 | | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **16.67** |

Please detach bottom portion and submit with payment using enclosed envelope

## MILESTONE®

Genesis FS Card Services
PO BOX 4477
Beaverton OR 97076-4477

### PAYMENT INFORMATION

| | |
|---|---|
| Account number ending in | 9019 |
| Payment Due Date | September 23, 2022 |
| New Balance | $860.49 |
| Minimum Payment Due | $388.00 |

TAELOR J DORSEY
▮▮▮▮▮▮▮▮▮

Make Check Payable to:

Amount Enclosed: $ �_____

GENESIS FS CARD SERVICES
PO BOX 84059
Columbus GA 31908-4059

FILED DATE: 12/26/2023 11:09 PM    2023112833
86759241 13-13