# EXHIBIT C

# CONSENT OF DEFENDANT EXPERIAN INFORMATION SOLUTION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| TAELOR DORSEY,<br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC;<br>    Defendants. | CASE NO. 2023-M1-128331 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC**
**CONSENT TO REMOVAL**

Defendant Experian Information Solutions, LLC acknowledges its consent to removal of this action from the Cook County Circuit Court of Illinois to the United States District Court for the Northern District of Illinois at Chicago.

Respectfully submitted this 2nd day of February, 2024.

 

/s/ *John Robert B. DeLaney*
John Robert B. DeLaney,
Bar No. 6345767
rdelaney@jonesday.com

JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Telephone:  +1.312.269.4207
Facsimile:  +1.312.782.8585

*Counsel for Defendant Experian Information Solutions, Inc.*