# EXHIBIT D

# CONSENT OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| TAELOR DORSEY,<br>       Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC;<br>       Defendants. | CASE NO. |

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S CONSENT TO REMOVAL**

Defendant Equifax Information Services, LLC acknowledges its consent to removal of this action from the Cook County Circuit Court of Illinois to the United States District Court for the Northern District of Illinois at Chicago.

Respectfully submitted this 1st day of February, 2024.

                                                                  */s/ Kevin M. Hogan*
                                                                   *Counsel for Defendant,*
                                                                   *Equifax Information Services, LLC*